No. 5,934.—STATE ex rel. GUS MORLACCI, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of prohibition directed against the District Court of Cascade County, and H. H. Ewing, a Judge thereof, to restrain respondents from proceeding with

the trial of a cause in which relator was charged with the unlawful possession of intoxicating liquor.

Decided April 16, 1926.

PER CURIAM.—Relator's application for writ of prohibition is denied.

*Messrs. Molumby & Polutnik,* for Relator.